

**PRISONER CASE**

R



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**Plaintiff(s):** United States of America ex rel. DENNIS THOMAS

**Defendant(s):** EDWARD JONES

**County of Residence:** LIVINGSTON

**County of Residence:**

**Plaintiff's Address:**
Dennis Thomas
N-02398
Pontiac - PON
P.O. Box 99
Pontiac, IL  61764

**Defendant's Attorney:**
Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL  60601

KC FILED
FEB 07 2008
FEB 07 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08CV819
JUDGE LEFKOW
MAGISTRATE JUDGE KEYS

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes  [x] No

**Signature:** A. E. Woodham  **Date:** 02/07/2008

Lefkow   06C7113
Keys