


FEB 07 2008

FEB 07 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

# IN FORMA PAUPERIS APPLICATION AND FINANCIAL AFFIDAVIT

Dennis Thomas
Plaintiff

v.

Warden Edward Jones
Defendant(s)

08CV819
JUDGE LEFKOW
MAGISTRATE JUDGE KEYS

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, DENNIS Thomas, declare that I am the ☒plaintiff ☐petitioner ☐movant (other__________) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
   I.D. # N-02398 Name of prison or jail: Pontiac Corr Ctr
   Do you receive any payment from the institution? ☒Yes ☐No Monthly amount: $14.40

2. Are you currently employed? ☐Yes ☒No
   Monthly salary or wages: NA
   Name and address of employer: __________

   a. If the answer is "No";
      Date of last employment: NA
      Monthly salary or wages: __________
      Name and address of last employer: __________

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages: NA
      Name and address of employer: __________

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages ☐Yes ☒No
      Amount__________ Received by__________

b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount__________ Received by__________

c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
Amount__________ Received by__________

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support ☐Yes ☒No
Amount__________ Received by__________

e. ☒ Gifts or ☐ inheritances ☒Yes ☐No
Amount FoRty dollaRs Received by Dennis Thomas

f. ☐Any other sources (state source:__________) ☐Yes ☒No
Amount__________ Received by__________

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☐Yes ☒No Total amount:__________
In whose name held:__________ Relationship to you:__________

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property:__________ Current Value:__________
In whose name held:__________ Relationship to you:__________

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
Address of property:__________
Type of property:__________ Current value:__________
In whose name held:__________ Relationship to you:__________
Amount of monthly mortgage or loan payments:__________
Name of person making payments:__________

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000? ☐Yes ☒No
Property:__________
Current value:__________
In whose name held:__________ Relationship to you:__________

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
__________
__________

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: Jan 22 2008

Dennis Thomas / N-02398
Signature of Applicant

Dennis Thomas
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, Dennis Thomas I.D.# N 02398, has the sum of $ 43.35 on account to his/her credit at (name of institution) Pontiac Corr. Center. I further certify that the applicant has the following securities to his/her credit: ______. I further certify that during the past six months the applicant's average monthly deposit was $ 21.07. (Add all deposits from all sources and then divide by number of months).

1/22/08
DATE

Janet Jones
SIGNATURE OF AUTHORIZED OFFICER

JANET JONES
(Print name)

rev. 10/10/2007

# Pontiac Correctional Center
## Trust Fund
### Inmate Transaction Statement



REPORT CRITERIA - Date: 07/22/2007 thru End; Inmate: N02398; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: N02398 Thomas, Dennis** **Housing Unit: PON-SP-08-17**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance:** | | 5.63 |
| 07/26/07 | Disbursements | 73 Court Ordered Fees | 207320 | Chk #63882 | 0009555, Clerk of the Circuit , Inv. Date: 07/26/2007 | -1.73 | 3.90 |
| 08/13/07 | Payroll | 20 Payroll Adjustment | 225120 | | P/R month of 07/2007 | 14.40 | 18.30 |
| 08/15/07 | Disbursements | 84 Library | 227320 | Chk #64055 | 512993, DOC - Library Copies, Inv. Date: 07/17/2007 | -.20 | 18.10 |
| 08/15/07 | Disbursements | 84 Library | 227320 | Chk #64055 | 513970, DOC - Library Copies, Inv. Date: 07/30/2007 | -.10 | 18.00 |
| 08/15/07 | Disbursements | 84 Library | 227320 | Chk #64055 | 514183, DOC - Library Copies, Inv. Date: 07/31/2007 | -1.50 | 16.50 |
| 08/15/07 | Disbursements | 84 Library | 227320 | Chk #64055 | 513403, DOC - Library Copies, Inv. Date: 07/23/2007 | -2.40 | 14.10 |
| 08/15/07 | Disbursements | 84 Library | 227320 | Chk #64055 | 513670, DOC - Library Copies, Inv. Date: 07/24/2007 | -.40 | 13.70 |
| 08/15/07 | Disbursements | 84 Library | 227320 | Chk #64055 | 513381, DOC - Library Copies, Inv. Date: 07/23/2007 | -.90 | 12.80 |
| 08/15/07 | Disbursements | 81 Legal Postage | 227320 | Chk #64057 | 515021, Pitney Bowes Bank, Inc, Inv. Date: 08/13/2007 | -5.21 | 7.59 |
| 08/16/07 | Point of Sale | 60 Commissary | 228703 | 251254 | Commissary | -7.30 | .29 |
| 09/12/07 | Payroll | 20 Payroll Adjustment | 255120 | | P/R month of 08/2007 | 14.40 | 14.69 |
| 09/13/07 | Disbursements | 84 Library | 256320 | Chk #64307 | 516439, DOC: Library Copies, Inv. Date: 08/28/2007 | -.15 | 14.54 |
| 09/20/07 | Point of Sale | 60 Commissary | 263703 | 253667 | Commissary | -12.24 | 2.30 |
| 10/02/07 | Point of Sale | 60 Commissary | 275731 | 254613 | Commissary | -2.25 | .05 |
| 10/05/07 | Payroll | 20 Payroll Adjustment | 278120 | | P/R month of 09/2007 | 14.40 | 14.45 |
| 10/12/07 | Point of Sale | 60 Commissary | 285731 | 255693 | Commissary | -10.51 | 3.94 |
| 10/22/07 | Point of Sale | 60 Commissary | 295767 | 256496 | Commissary | -1.50 | 2.44 |
| 11/08/07 | Payroll | 20 Payroll Adjustment | 312120 | | P/R month of 10/2007 | 14.40 | 16.84 |
| 11/13/07 | Disbursements | 84 Library | 317320 | Chk #64999 | 520878, DOC - Library Copies, Inv. Date: 10/19/2007 | -1.10 | 15.74 |
| 11/13/07 | Disbursements | 84 Library | 317320 | Chk #64999 | 520871, DOC - Library Copies, Inv. Date: 10/19/2007 | -.30 | 15.44 |
| 11/13/07 | Disbursements | 84 Library | 317320 | Chk #64999 | 521587, DOC - Library Copies, Inv. Date: 10/29/2007 | -.40 | 15.04 |
| 11/13/07 | Disbursements | 84 Library | 317320 | Chk #64999 | 520875, DOC - Library Copies, Inv. Date: 10/19/2007 | -.35 | 14.69 |
| 11/13/07 | Disbursements | 84 Library | 317320 | Chk #64999 | 521109, DOC - Library Copies, Inv. Date: 10/23/2007 | -.35 | 14.34 |
| 11/14/07 | Point of Sale | 60 Commissary | 318703 | 258324 | Commissary | -13.03 | 1.31 |
| 12/07/07 | Payroll | 20 Payroll Adjustment | 341120 | | P/R month of 11/2007 | 14.40 | 15.71 |
| 12/12/07 | Point of Sale | 60 Commissary | 346731 | 260698 | Commissary | -10.28 | 5.43 |
| 12/12/07 | Disbursements | 84 Library | 346320 | Chk #65374 | 524573, DOC - Library Copies, Inv. Date: 12/04/2007 | -.05 | 5.38 |
| 12/12/07 | Disbursements | 84 Library | 346320 | Chk #65374 | 524171, DOC - Library Copies, Inv. Date: 11/30/2007 | -.60 | 4.78 |
| 12/12/07 | Disbursements | 84 Library | 346320 | Chk #65374 | 523319, DOC - Library Copies, Inv. Date: 11/19/2007 | -.45 | 4.33 |
| 12/12/07 | Disbursements | 90 Medical Co-Pay | 346320 | Chk #65375 | 524032, DOC: 523 Fund Reimburs, Inv. Date: 11/29/2007 | -2.00 | 2.33 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 522890, Pitney Bowes Bank, Inc, Inv. Date: 11/14/2007 | -.41 | 1.92 |
| 01/03/08 | Mail Room | 01 MO/Checks (Not Held) | 003225 | 145629 | Thomas, Tanisha | 40.00 | 41.92 |
| 01/11/08 | Payroll | 20 Payroll Adjustment | 011120 | | P/R month of 12/2007 | 14.40 | 56.32 |
| 01/15/08 | Disbursements | 84 Library | 015320 | Chk #65576 | 528248, DOC: Library Copies, Inv. Date: 01/10/2008 | -.75 | 55.57 |

# Pontiac Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 07/22/2007 thru End; Inmate: N02398; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: N02398 Thomas, Dennis** **Housing Unit: PON-SP-08-17**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 01/15/08 | Disbursements | 84 Library | 015320 | Chk #65576 | 527800, DOC: Library Copies, Inv. Date: 01/07/2008 | -.70 | 54.87 |
| 01/15/08 | Disbursements | 84 Library | 015320 | Chk #65576 | 527185, DOC: Library Copies, Inv. Date: 12/27/2007 | -.55 | 54.32 |
| 01/15/08 | Disbursements | 84 Library | 015320 | Chk #65576 | 526770, DOC: Library Copies, Inv. Date: 12/20/2007 | -.25 | 54.07 |
| 01/15/08 | Disbursements | 84 Library | 015320 | Chk #65576 | 527746, DOC: Library Copies, Inv. Date: 01/04/2008 | -.85 | 53.22 |
| 01/15/08 | Disbursements | 84 Library | 015320 | Chk #65576 | 527586, DOC: Library Copies, Inv. Date: 01/02/2008 | -.40 | 52.82 |
| 01/15/08 | Disbursements | 84 Library | 015320 | Chk #65576 | 528487, DOC: Library Copies, Inv. Date: 01/14/2008 | -.90 | 51.92 |
| 01/15/08 | Disbursements | 84 Library | 015320 | Chk #65576 | 527175, DOC: Library Copies, Inv. Date: 12/27/2007 | -.55 | 51.37 |
| 01/16/08 | Point of Sale | 60 Commissary | 016734 | 263608 | Commissary | -8.02 | 43.35 |

| | |
|---|---|
| **Total Inmate Funds:** | 43.35 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | 43.35 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |