FILED Jan 24, 2008 Ⓐ

FEB 07 2008

FEB 07 2008 aew

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk:

Enclosed you should find original petitions and two copies. And filing fee for habeas corpus. It will take two yrs, so say Susan R. Carr (letter enclosed) before I will have a decision on my post-conviction.

I respectfully ask this court to hold these issues presented therein till I have exhausted available state court remedies, ie Appellate + Ill Supreme Court. I ask this court to give me sixty days from last court review or whatever time the court feels proper 2 respond to this court. Please advise me of your action on stay of this federal Petition + the time limit to restart.

With Great Love And Respect

Sincerely,
Dennis Thomas
N-02398/Bx99
Pontiac, IL 61764-0099

P.S! All cites R from the record.
"Intent" is from Direct appeal. that ended 2-20-07

08CV819
JUDGE LEFKOW
MAGISTRATE JUDGE KEYS