Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan Humphrey Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 819 | **DATE** | FEB 12 2008 |
| **CASE TITLE** | U.S. ex rel. Dennis Thomas (N-02398) v. Eddie Jones | | |

**DOCKET ENTRY TEXT:**

Petitioner Dennis Thomas's motion to proceed *in forma pauperis* [#3] is granted. Petitioner's motion to hold his current petition for federal habeas corpus relief in abeyance [#5] is granted. The case is stayed pending the disposition of Petitioner's pending post-conviction proceedings in the state courts. The respondent need only enter an appearance at this time; no response to the petition is required until the stay is lifted. To proceed with the current 28 U.S.C. § 2254 petition, Petitioner is directed to notify the Court that his state court proceedings are no longer pending, and that Petitioner seeks to lift the stay herein imposed. Petitioner's motion for appointment of counsel [#4] is denied as premature.

■ [For further details see text below.]

Docketing to mail notices.

## STATEMENT

Petitioner Dennis Thomas (N-02398), a state prisoner in custody at Pontiac Correctional Center, has re-filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his 2004 conviction for murder, attempted murder, and aggravated battery. Having shown that he is indigent, the Court grants his motion to proceed *in forma pauperis*.

Petitioner previously filed a § 2254 petition challenging the same conviction, which this Court, granting his motion, dismissed without prejudice to allow him to exhaust his state court remedies. *See Thomas v. Jones*, No. 06-7113 (Order of Feb. 2. 2007). Petitioner's current petition states that his appeal of the denial of his post-conviction petition is pending before the state appellate court, thus indicating that Petitioner is still seeking state court remedies. Construing Petitioner's letter as a motion requesting a stay of the instant proceedings until Petitioner has exhausted state court remedies, the Court grants the motion. *See Arrieta v. Battaglia* 461 F.3d 861, 866 (7th Cir. 2006); *Dolis v. Chambers*, 454 F.3d 721, 725 (7th Cir. 2006). To proceed with the current petition, Petitioner must notify the Court when his state court proceedings are no longer pending and request that Court lift the stay. The respondent need only enter an appearance at this time, and will be directed to answer the petition or otherwise plead after the case stay has been lifted.

Petitioner is instructed to file all future papers in this case with the Clerk of Court in care of the Prisoner Correspondent. The petitioner must provide the court with the original plus a judge's copy (including a complete copy of any exhibits) of every document filed. In addition, the petitioner must send an exact copy of any court filing to the Chief, Criminal Appeals Division, Attorney General's Office, 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601. Every document filed by Petitioner must include a certificate of service stating to whom exact copies were sent and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded by the court or returned to the petitioner.

The petitioner's motion for appointment of counsel is denied at this time as premature. Counsel may be appointed if an evidentiary hearing is needed or if interests of justice so require. *See* Rule 8(c), Rules Governing Section 2254 Cases. Counsel is not needed at this stage of the proceeding.

isk