| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X                        ☐ Agent<br>                         ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>X                        k |
| 1. Article Addressed to:      08C 819<br><br>**Chief of Criminal Appeals**<br>**Attorney General's Office**<br>**100 West Randolph - 12th Floor**<br>**Chicago, IL 60601** | D. Is delivery address different from item 1? ☒ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>**RECEIVED**<br>FEB 11 2008<br><br>3. Service Type<br>☒ Certified Mail  Office of The Attorney General<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)        ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7001 1940 0000 1846 8681 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

# F I L E D

FEB 2 0 2008  YM
Feb 20, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT