UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case | 08 C 819 |
|---|---|---|

U.S. ex rel. Dennis Thomas #N02309 v. Eddie Jones

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Respondent, Eddie Jones, Warden.

| SIGNATURE /s/Katherine D. Saunders |
|---|
| FIRM   Illinois Attorney General's Office |
| STREET ADDRESS   100 W. Randolph, 12th Floor |
| CITY/STATE/ZIP   Chicago, Illinois 60601-3218 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06230668 | 312-814-6128 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X   NO ☐ |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on February 26, 2008, I electronically filed the attached APPEARANCE with the Clerk of Court using the CM/ECF system, and I hereby certify that on February 26, 2008, I mailed the document by United States Postal Service to:

Dennis Thomas, #N02398  
Pontiac Correctional Center  
700 W Lincoln Street  
P.O. Box 99  
Pontiac, IL 61764

                                                                              LISA MADIGAN  
                                                                              Attorney General of Illinois

                              By:     <u>s/Katherine D. Saunders</u>  
                                              KATHERINE D. SAUNDERS  
                                              Assistant Attorney General  
                                              Bar Number: 6230668  
                                              100 W. Randolph St., 12th Floor  
                                              Chicago, Illinois 60601-3218  
                                              PHONE: (312) 814-6128  
                                              FAX: (312) 814-2253  
                                              EMAIL: ksaunders@atg.state.il.us